# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CARLO MANUEL CARSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-3931

[March 25, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562012CF003625A.

Carey Haughwout, Public Defender, and Tom Wm. Odom, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required by appellee.

PER CURIAM.

We affirm the denial of appellant's 3.800(a) motion to correct an illegal sentence without prejudice to his right to timely seek postconviction remedies under rule 3.850, if appropriate. *See* Fla. R. Crim. P. 3.850.

MAY, CIKLIN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***